The People of the State of Illinois, Plaintiff-Appellee, *v.* Walter J. Milke, Defendant-Appellant.

(No. 71-82;

Second District—July 28, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Frederick F. Cohn, of Defender Project, of Chicago, for appellant.

William J. Cowlin, State's Attorney, of Woodstock, (Thomas F. Baker, Assistant State's Attorney, of counsel,) for the People.